No. 21-55221

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

SYLVESTER OWINO; JONATHAN GOMEZ,
on behalf of themselves, and all others similarly situated,

*Plaintiffs-Appellees,*

v.

CORECIVIC, INC., a Maryland corporation,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of California,
No. 3:17-cv-01112-JLS-NLS
Hon. Janis L. Sammartino

**APPELLANT'S UNOPPOSED MOTION
TO EXCEED WORD LIMIT FOR OPENING BRIEF**

Daniel P. Struck
Rachel Love
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
(480) 420-1600

*Attorneys for Appellant CoreCivic, Inc.*

Pursuant to Circuit Rule 32-2(a), Appellant moves to exceed the 14,000-word limit for opening briefs.  The Opening Brief is 17,356 words.  Appellant respectfully requests the Court to accept the Brief as filed (3,356 words over the limit) for the following reasons.

Appellees are former immigration detainees who have sued Appellant, the private operator of the facility where they were detained pending removal proceedings. They allege violations of the Trafficking Victims Protection Act ("TVPA"), the California Trafficking Victims Protection Act ("California TVPA"), California's Unfair Competition Law, and several provisions in California's Labor Code, and bring claims for negligence and unjust enrichment.

This Rule 23(f) appeal is taken from two orders (consisting of 75 pages), certifying three classes.  One of those classes is a nationwide class covering 24 facilities across 11 states.  The Excerpts of Record is 13 Volumes and includes more than 3,000 pages of documents.  Because the record is so massive, 40% of the Brief is dedicated to laying out the facts and procedural history of the case so that the Court can better understand the issues.  The Brief also raises seven distinct issues.  Those issues cover several of Rule 23's class-certification elements, varying statutes of limitations, standing, and personal jurisdiction.  An in-depth discussion of the TVPA and California TVPA was also necessary to appreciate its unique elements and provide needed context for the legal arguments.

Counsel has already engaged in several efforts to streamline the Brief and has substantially reduced its size (by approximately 3,000 words), but, because of the number and complexity of the issues presented, further excision would hamper Appellant's ability to adequately present the applicable law and facts in a comprehensive and clear manner. The Brief as presented will substantially aid the Court in understanding the record and evaluating those issues. Therefore, a request to exceed the word limitation is respectfully requested. Counsel for Appellees do not oppose this request.

RESPECTFULLY SUBMITTED this 28th day of July, 2021.

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

By  s/ Nicholas D. Acedo
 Daniel P. Struck
 Rachel Love
 Nicholas D. Acedo
 Ashlee B. Hesman
 Jacob B. Lee
 3100 West Ray Road, Suite 300
 Chandler, Arizona  85226

 *Attorneys for Appellant CoreCivic, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

Description of Documents: APPELLANT'S UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR OPENING BRIEF

RESPECTFULLY SUBMITTED this 28th day of July, 2021.

**STRUCK LOVE BOJANOWSKI & ACEDO, PLC**

By  s/ Nicholas D. Acedo
Daniel P. Struck
Rachel Love
Nicholas D. Acedo
Ashlee B. Hesman
Jacob B. Lee
3100 West Ray Road, Suite 300
Chandler, Arizona  85226

*Attorneys for Appellant CoreCivic, Inc.*